**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal Case No.** |
| **CHRISTIAN W. SILVESTRI,** ) | |
| ) | |
| **Defendant.** ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNTS ONE THROUGH FOURTEEN

18 U.S.C. §1343: Wire Fraud

1. From on or about July 25, 2005, and ending in or about June 2008, in the District of New Hampshire and elsewhere, the defendant,

**CHRISTIAN W. SILVESTRI**,

devised and intended to devise a scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

MANNER AND MEANS

2. It was part of the scheme that:

   a. Silvestri solicited investments in a real estate development project on land in Newton, Massachusetts, that he said he expected to acquire.

   b. Silvestri deposited the proceeds of the investments in the development project that he received into a bank checking account over which he had sole signature authority.

      c.      Instead of using the proceeds from the investments to finance the real estate development project, Silvestri used the majority of the investment proceeds to pay debts unrelated to the Newton, Massachusetts, development project.

      d.      Silvestri was not able to acquire the land in Newton, Massachusetts, required for the development project.

      e.      Silvestri made and sent to M.O. – an investor and a representative of other investors – communications designed to lull her and other investors into a false sense of security, to postpone the investors' ultimate complaint to the authorities, and to therefore make it less likely his scheme would be detected.

3.      On or about each of the dates set forth below, in the District of New Hampshire and elsewhere, the defendant

**CHRISTIAN W. SILVESTRI**,

for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | Description |
|---|---|---|
| ONE | July 28, 2005 | electronic remittance from TD Banknorth N.A. checking account 924-1241176 in the amount of $14,835.82 in favor of American Express |

| | | |
|---|---|---|
| TWO | July 29, 2005 | Automated Clearing House debit from TD Banknorth N.A. checking account 924-1241176 in New Hampshire in the amount of $8539.17 in favor of the Internal Revenue Service |
| THREE | August 3, 2005 | wire transfer from from TD Banknorth N.A. checking account 924-1241176 in New Hampshire in the amount of $7,566.67 in favor of E. and A., P.A. |
| FOUR | December 7, 2006 | email message at approximately 10:32:51 from Silvestri in and via Massachusetts to M.O. via Pennsylvania, New Jersey or Connecticut |
| FIVE | January 2, 2007 | email message at approximately 11:08 a.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| SIX | May 15, 2007 | email message at approximately 10:17 a.m. from Silvestri in and via New Hampshire to, with another, M.O. via Pennsylvania, New Jersey or Connecticut |
| SEVEN | October 10, 2007 | email message at approximately 7:22 a.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| EIGHT | November 15, 2007 | email message at approximately 2:01 p.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |

| | | |
|---|---|---|
| NINE | November 26, 2007 | email message at approximately 11:45 a.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| TEN | December 3, 2007 | email message at approximately 2:30 p.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| ELEVEN | December 4, 2007 | email message at approximately 7:22 a.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| TWELVE | December 11, 2007 | email message at approximately 4:43 p.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |
| THIRTEEN | December 28, 2007 | email message at approximately 5:02:53 a.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |

| | | |
|---|---|---|
| FOURTEEN | April 24, 2008 | email message at approximately 4:05 p.m. from Silvestri in and via New Hampshire to M.O. via Pennsylvania, New Jersey or Connecticut |

All in violation of Section 1343 of Title 18 of the United States Code.

Dated: October 27, 2010                                         A TRUE BILL


                                                                /s/ Foreperson
                                                                Foreperson


   JOHN P. KACAVAS
   United States Attorney



By :   /s/ William E. Morse
       William E. Morse
       Assistant United States Attorney
       District of New Hampshire